679 A.2d 1263

**Eugene L. COON, Sheriff, Appellee,**

**v.**

**The CIVIL SERVICE COMMISSION FOR ALLEGHENY COUNTY POLICE AND FIREMEN.**

**Appeal of Deputy Meir HORVITZ.**

Supreme Court of Pennsylvania.

Submitted March 5, 1996.

Decided July 26, 1996.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of the case.